Civil Action No. 18-cv-1112

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: REV-1 SOLUTIONS, LLC

were received by me on *(date)* 9/5/18.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: _____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* ANGIE GARCIA who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM on *(date)* 9/5/18 @ 13:28 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/5/18

*Server's signature*

MICHAEL FOLEY
*Printed name and title*

Dane County Legal Notice LLC
6041 Monona Drive
Suite 105
Madison, WI 53716

*Server's address*

Additional information regarding attempted service, etc.: