# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WISCONSIN

Case #: 18-cv-1112

**Mary Hepfner**

Plaintiff

vs.

**Rev-1 Solutions, LLC, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Class Action Complaint with Exhibit A**

PARTY SERVED: **COMPLETE BILLING SERVICES LLC**

PERSON SERVED: **WILLIAM JOSEPH HUFF, AUTHORIZED AGENT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **08/31/2018 at 3:00 PM**

ADDRESS, CITY AND STATE: **517 US HIGHWAY 31 N, GREENWOOD, IN 46142**

DESCRIPTION: **White, Male, 65, 6'0", 220 lbs, Brown/Balding hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____  
Ryan David Fortune  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 4th day of September, 2018.

_____  
NOTARY PUBLIC

AMY LYNN FORTUNE  
Notary Public, State of Indiana  
Johnson County  
Commission # 711595  
M. Commission Expires  
March 18, 2026

CLIENT: **Ademi & O'Reilly, LLP**  
FILE #:

Tracking #: **385430**