# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARY HEPFNER,<br><br>    Plaintiff,<br><br>v.<br><br>REV-1 SOLUTIONS LLC, REVONE COMPANIES LLC, MED-1 SOLUTIONS LLC, EPI FINANCE GROUP LLC, COMPLETE BILLING SERVCES LLC, CONNECTTEC LLC, THE WELLFUND LLC, PERFINITI INSURANCE II, and WILLIAM JOSEPH HUFF,<br><br>    Defendants. | Case No. 18-CV-1112-JPS<br><br>**ORDER** |

  On October 24, 2018, Defendants Revone Companies LLC, EPI Finance Group LLC, Connecttec LLC, the Wellfund LLC, and Perfiniti Insurance II filed an unopposed motion for an extension of time to answer or otherwise respond to plaintiff's complaint. (Docket #27). On that same day, Defendants Rev-1 Solutions LLC, Med-1 Solutions LLC, Complete Billing Services LLC, and William Joseph Huff filed a motion to dismiss this action. (Docket #28). Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff opted to file an amended complaint on October 29, 2018. (Docket #31). When an amended complaint is filed, it becomes the controlling pleading and the prior pleading is withdrawn. *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008). The pending motion to dismiss (Docket #28) and motion for an extension of time (Docket #27), directed at the original complaint, must therefore be denied as moot.

Accordingly,

**IT IS ORDERED** that the first motion to dismiss (Docket #28) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that the motion for an extension of time to answer (Docket #27) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 31st day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge