# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARY HEPFNER,

          Plaintiff,

v.

REV-1 SOLUTIONS LLC, REVONE COMPANIES LLC, MED-1 SOLUTIONS LLC, EPI FINANCE GROUP LLC, COMPLETE BILLING SERVICES LLC, CONNECTTEC LLC, THE WELLFUND LLC, PERFINITI INSURANCE II, and WILLIAM JOSEPH HUFF,

          Defendants.

Case No. 18-CV-1112-JPS

**ORDER**

On October 29, 2018, Plaintiff filed an amended complaint alleging violations of the Fair Debt Collection Practices Act and Wisconsin state law. (Docket #31). On February 25, 2019, the parties filed a stipulation to dismiss all claims against Defendants with prejudice and without costs to any party. (Docket #46). The Court will adopt the stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's pending motions for class certification, relief from briefing requirements, and stay of class certification will be denied as moot, as will Defendants' pending motion to dismiss. *See* (Docket #3 and #36).

Accordingly,

**IT IS ORDERED** that Plaintiff's motions for class certification, relief from briefing requirements, and stay of class certification (Docket #3) be and the same are hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (Docket #36) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that the parties' stipulation of dismissal (Docket #46) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney fees.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge